**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RAYMOND BLACHER #435148** | **CASE NO. 3:26-CV-01686 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNNY HEDGEMON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Raymond Blacher's Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 12th day of November, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE